

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00324-CV

———————————————

In re S.P., Relator

———————————————

Original Proceeding
325th District Court of Tarrant County, Texas
Trial Court No. 325-699572-21

———————————————

Before Kerr, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed as moot. Accordingly, relator's petition for writ of mandamus is dismissed as moot.

Per Curiam

Delivered:  October 25, 2021